# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Dupree | Civil Action No. 6:19-00734 |
| Versus | Judge Michael J Juneau |
| Mercedes-Benz USA LLC et al | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss pursuant to Rule 12(b)(2) and Rule 12(b)(6) filed by defendant, Airstream, Inc. ("Airstream") [Rec. Doc. 4] is GRANTED IN PART AND DENIED IN PART AS MOOT and this matter is DISMISSED WITHOUT PREJUDICE with respect to defendant, Airstream, for lack of personal jurisdiction.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 25th day of October, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE