# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Dupree | Civil Action No. 6:19-00734 |
| Versus | Judge Michael J Juneau |
| Mercedes-Benz USA LLC et al | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

After an independent review of the record, for the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss pursuant to Rule 12(b)(2) and Rule 12(b)(6) filed by defendant, Mercedes-Benz U.S.A, L.L.C [Rec. Doc. 20] is GRANTED IN PART AND DENIED IN PART AS MOOT and this matter is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction.

**THUS DONE AND SIGNED** this 16th day of January, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE